# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

140990 & (41)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

MIDWEST BUS CORPORATION, f/k/a
MIDWEST BUS REBUILDERS
CORPORATION,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY and STATE
TREASURER,
        Defendants-Appellees.

SC: 140990
COA: 288686
Ct of Claims: 06-000095-MT

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the March 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010

_____
Clerk